UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SGT. J. GONZALES, et al.,<br><br>　　　　Defendants. | 1:17-cv-00436-DAD-GSA-PC<br><br>**SCHEDULING ORDER**<br><br>**ORDER RE-OPENING DISCOVERY AND SETTING OUT NEW DEADLINES**<br><br>**NEW DEADLINES:**<br><br>**New Discovery Deadline :**　　**May 20, 2020**<br><br>**New Dispositive Motions Deadline :**　**July 20, 2020** |

Larry Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on June 23, 2017, against defendants Sergeant J. Gonzales, Correctional Officer (C/O) Johnson, C/O Castro, C/O Miner, C/O Florez, and C/O Potzernitz for use of excessive force in violation of the Eighth Amendment; against defendant C/O Scaife for failure to protect Plaintiff in violation of the Eighth Amendment; and, against defendant Sergeant J. Gonzales for retaliation in violation of the First Amendment.[1]  (ECF No. 12.)

---

[1] On February 19, 2020, the court issued an order granting summary judgment in favor of defendant C/O A. Fritz on all of Plaintiff's claims against defendant Fritz based on Plaintiff's failure to exhaust administrative remedies before filing suit. (ECF No. 57 at ¶ 2a.) In the same order, the court granted partial summary judgment in favor of defendant Sgt. J. Gonzales on Plaintiff's retaliation claims against defendant Gonzales to the extent they are based on defendant Gonzales's alleged issuance of an RVR to Plaintiff, and his alleged recommendation that Plaintiff be transferred. (Id. at 5 ¶¶ 2b.) The court previously issued an order on April 19, 2018, dismissing all other claims and defendants from this case based on Plaintiff's failure to state a claim. (ECF No. 19.)

On February 4, 2019, the court issued a Discovery and Scheduling Order establishing pretrial deadlines for the parties, including a deadline of August 4, 2019, for the completion of discovery, and a deadline of October 4, 2019 for the filing of pretrial dispositive motions. (ECF No. 33.) On September 5, 2019, the court issued an order staying the deadlines pending the resolution of Defendants' exhaustion motion for summary judgment filed on April 30, 2019. (ECF No. 51.) The court indicated that a new scheduling order would be issued, if necessary, after the final resolution of Defendant's exhaustion motion. (Id. at 4 ¶ 4.)

The deadlines in the February 4, 2019, Discovery and Scheduling Order have now expired. Moreover, on February 19, 2020, the court issued its final order resolving Defendants' exhaustion motion for summary judgment. (ECF No. 57.) Therefore, the court now issues a new scheduling order.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. By this order, discovery is re-opened;
2. The new deadline for the completion of discovery, including the filing of motions to compel, is **May 20, 2020**;
3. The new deadline for the filing of dispositive motions is **July 20, 2020**;
4. All other provisions of the court's February 4, 2019, Discovery and Scheduling Order (ECF No. 33) remain the same.

IT IS SO ORDERED.

Dated: **February 24, 2020**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE