UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>             Plaintiff,<br><br>     v.<br><br>SERGEANT J. GONZALES, et al.,<br><br>             Defendants. | Case No. 1:17-cv-00436-DAD-GSA (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE LARRY SMITH, CDCR # K-91850** |

On April 5, 2022, the Court issued a writ of habeas corpus ad testificandum commanding the warden of California State Prison, Sacramento to produce inmate Larry Smith, CDCR # K-91850, before Magistrate Judge Sheila K. Oberto for a video settlement conference to be held May 17, 2022, at 10:00 a.m.  On May 11, 2022, the Court vacated the settlement conference and continued it to a later date. Thus, Mr. Smith is no longer required to appear before the Court on May 17, 2022. Accordingly, the Court D**ISCHARGES** the writ of habeas corpus ad testificandum as to this inmate.

IT IS SO ORDERED.

Dated:   **May 12, 2022**             /s/ Gary S. Austin
                                                           UNITED STATES MAGISTRATE JUDGE