UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>J. GONZALES, et al.,<br><br>    Defendants. | No. 1:17-cv-00436 NODJ GSA (PC)<br><br>SECOND ORDER DIRECTING DEFENDANTS TO FILE NEW CONSENT OR REQUEST FOR REASSIGNMENT FORMS<br><br>(ECF No. 150)<br><br>DEFENDANTS' NEW CONSENT OR REQUEST FOR REASSIGNMENT FORM DUE **JANUARY 10, 2024** |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the pretrial phase of the proceedings.

On November 22, 2023, in response to the elevation of former District Judge Ana de Alba's elevation to the Ninth Circuit Court of Appeals, the parties were ordered to consider proceeding to trial with a magistrate judge presiding over this case.  As a result, the Court ordered them to file new Consent / Decline forms with the Court and to do so by December 22, 2023. See ECF No. 150.

1  On December 1, 2023, Plaintiff's Consent / Decline form was docketed.  ECF No. 153. However, to date, Defendants have failed to file the form with the Court.

Defendants and their counsel will be directed again to file the Consent / Decline form. **Defendants are cautioned that failure to file the form within the time allotted may result in sanctions**.

Accordingly, IT IS HEREBY ORDERED that Defendants shall complete and file the Order Re: Consent / Decline form by **January 10, 2024.**

IT IS SO ORDERED.

Dated:   **January 3, 2024**              /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE

2