# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH, | Case No. 1:17-cv-00436 KES GSA (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| J. GONZALES, et al., | |
| Defendants. | |

Larry Smith, CDCR #K-91850 is necessary and material in a settlement conference in this case on October 3, 2024, and is currently confined in R.J. Donovan Correctional Facility ("RJD"), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe, by Zoom video conference from his place of detention, on Wednesday, October 3, 2024, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court. Zoom video conference connection information will be supplied via separate e-mail.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at R.J. Donovan Correctional Facility at (619) 671-7566 or via e-mail.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Esther Valdez, Courtroom Deputy, at evaldez@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Rd., San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to appear before Judge McAuliffe at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.

    Dated:   **September 5, 2024**　　　　　　　　　**/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

