UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>GONZALES, *et al.*,<br><br>            Defendants. | Case No.: 1:17-cv-00436-KES-GSA (PC)<br><br>ORDER THAT INMATE LARRY SMITH IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Larry Smith is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on October 3, 2024. Inmate Larry Smith, CDCR #K-91850, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 3, 2024**                          /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE