UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>          Plaintiff,<br><br>    v.<br><br>J. GONZALES, et al.,<br><br>          Defendants. | No. 1:17-cv-00436 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT SPELLING ON DOCKET OF CERTAIN DEFENDANTS' NAMES |

      Recently, the Court discovered that the spellings of the names of certain Defendants are incorrect on the docket. This is likely due in part to Plaintiff's misspelling of Defendants' names in his original complaint and in his first amended complaint ("FAC"). See generally ECF No. 1 at 1-4 (Plaintiff naming Defendants in complaint).; see also ECF No. 12 at 1-4 (Plaintiff naming Defendants in FACs).

      A comparison of the original complaint and FAC filed by Plaintiff with the executed waivers of service filed by Defendants indicates that the names of Defendants Miner, Florez, and Potzernitz identified on the docket are not wholly correct. Compare ECF No. 1 at 1-4 (original complaint) and ECF No. 12 at 1-4 (first amended complaint), with ECF No. 29 at 3, 13, 15 (waivers of service of summons). Specifically, "Defendant Miner" should be listed as "Defendant G. Meier"; "Defendant Florez" should be listed as "Defendant H. Flores," and "Defendant Potzernitz" should be listed as "Defendant J. Potzernitz." See ECF No. 29 at 3, 13,

1

14. Therefore, the Clerk of Court will be directed to correct these spelling errors on the docket to reflect the correct identities of these Defendants.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall correct the spellings on the docket of the following Defendants' names as follows:

1. From "Defendant Miner" to "Defendant G. Meier";
2. From "Defendant Florez" to "Defendant H. Flores," and
3. From "Defendant Potzernitz" to "Defendant J. Potzernitz."

IT IS SO ORDERED.

Dated:   **December 5, 2024**               **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE