UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GONZALES, et al.,<br><br>        Defendants. | No. 1:17-cv-00436 KES GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SETTLE MATTER<br><br>(See ECF No. 193 – SEALED EVENT) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This case is at the pretrial phase of the proceedings. See ECF No. 192 (2/18/25 District Judge minute order resetting trial date).

On February 20, 2025, a settlement proposal filed by Plaintiff was docketed under seal. See ECF No. 193 – SEALED EVENT. Without disclosing information in the document that led to it being sealed, in the filing Plaintiff provides a "settlement proposal." He states he has done so in an attempt to resolve this matter prior to going to trial. Id. at 1.

Plaintiff has had three prior opportunities to settle this matter, hence to the extent that Plaintiff may be requesting in his sealed filing that the Court set another settlement conference, the request will be denied as the Court declines to use additional resources to set up yet a fourth

1

settlement conference for Plaintiff.  However, the parties are certainly able to engage in private settlement conference discussions if they choose.

Accordingly, IT IS HEREBY ORDERED that to the extent that Plaintiff's filing docketed under seal may be requesting that a settlement conference be set in this matter prior to going to trial (ECF No. 193 – SEALED EVENT) the request is DENIED.

IT IS SO ORDERED.

Dated:   **March 3, 2025**                            **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE

2