UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GONZALES, et al.,<br><br>        Defendants. | No. 1:17-cv-00436 KES GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>See ECF Nos. 203, 204 |

On April 28, 2025, Defendants filed a notice of settlement with the Court along with a joint stipulation of voluntary dismissal with prejudice. See ECF Nos. 203, 204. The notice of settlement states that on April 22, 2025, the parties settled and resolved this case. See ECF No. 203 at 2. The stipulation for voluntary dismissal, signed by Plaintiff and Defendants' counsel, states that Plaintiff and Defendants have resolved this case in its entirety, and that they stipulate to a dismissal of this entire action – and of all Defendants – with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 204 at 1.

Accordingly, IT IS HEREBY ORDERED that in light of the above, the Clerk of Court is directed to CLOSE this case. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

    Dated:  **April 29, 2025**          **/s/ Gary S. Austin**

1

1 | UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28